FILED    ENTERED
LODGED    RECEIVED

APR 13 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY     DEPUTY

**09-CV-00948-ORD**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| TONY PATRICK MARTINELLI, ) | |
| ) | |
| Plaintiff, ) | Case No. C09-948-JLR-BAT |
| ) | |
| v. ) | **ORDER REVERSING AND** |
| ) | **REMANDING CASE FOR** |
| MICHAEL ASTRUE, Commissioner of the ) | **FURTHER PROCEEDINGS** |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    The final decision of the Commissioner is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 13th day of _April_ 2010.

JAMES L. ROBART
United States District Judge

ORDER - 1